UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUTH M. HUNTINGTON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                                                     /

Case No. 19-13319
Hon. Denise Page Hood

## ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) [#23]

This matter is before the Court on Magistrate Judge David R. Grand's Report and Recommendation regarding Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b). [ECF No. 23] Neither party filed any objections to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987)

(a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation [ECF No. 23, filed March 25, 2021] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) [ECF No. 16, filed December 2, 2020] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's counsel be awarded fees in the amount of $5,717.50 under 42 U.S.C. § 406(b).

IT IS ORDERED.

DATED: September 30, 2021

s/Denise Page Hood  
DENISE PAGE HOOD  
United States District Judge